IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under MDL 875 |
| LIABILITY LITIGATION (No. VI) | : | |
| | : | |
| VARIOUS PLAINTIFFS | : | |
| | : | Cases previously transferred |
| v. | : | to the MDL 875 from CT |
| | : | that were missed in |
| VARIOUS DEFENDANTS | : | prior status and |
| | : | scheduling conferences |
| | : | |

### O R D E R

### STATUS AND SCHEDULING CONFERENCE

FILED

MAR 1 0 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**AND NOW**, this **9th** day of **March, 2011**, it is hereby **ORDERED** that in the cases listed in Exhibit "A," attached, a status and scheduling conference will be held on **Tuesday, April 5th, 2011, at 2:00pm** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that prior to, or at, the conference, Plaintiff's counsel in each action must inform the Court as to the status of the case.[1]

---

[1] If a status update is submitted to the Court prior to the conference, appearance by Plaintiff's counsel is excused. Defense counsel may appear at the conference to ascertain the status of the case, but appearance by Defense counsel is not required.  The results of the hearing will be posted on the MDL 875 website at: www.paed.uscourts.gov/mdl875u.asp.

It is further **ORDERED** that Plaintiff's counsel shall be prepared to provide the following information to the Court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each viable defendant that is still active in the case.

It is further **ORDERED** that, as to all viable, active defendants, counsel for the plaintiff in each case shall be prepared to report to the court:

a.) Status of compliance with Administrative Order no. 12 as amended.  Administrative Order no. 12 submissions are due thirty (30) days after a case is transferred to the Eastern District of Pennsylvania.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

---

A status update should be made in writing and emailed to the MDL 875 law clerk, emily_k_breslin@paed.uscourts.gov or sent to:

> The Honorable Judge Eduardo C. Robreno
> Attn:  MDL 875 Law Clerk
> U.S. District Court, Eastern District of Pennsylvania
> 601 Market Street Room 2609
> Philadelphia, PA  19106

d.) Any motions pending.

f.) Readiness for trial and a proposed trial date.[3]

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may provide the Court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[3]    The court will order presumptively that any outstanding discovery be completed within 120 days from the date of the hearing.

Exhibit A

| | | | | Plaintiff's Counsel |
|---|---|---|---|---|
| 2:10-cv-78942-ER | ANN BECKWITH | 8/20/2010 | CT | E&N |
| 2:10-cv-78944-ER | ALLEN BARKER | 8/20/2010 | CT | E&N |
| 2:10-cv-78945-ER | JOSEPH VENDITTO | 8/20/2010 | CT | E&N |
| 2:10-cv-78946-ER | ROY SMITH | 8/20/2010 | CT | E&N |
| 2:10-cv-78947-ER | LOUIS PERRAS | 8/20/2010 | CT | E&N |
| 2:10-cv-78948-ER | ROBERT WATZ | 8/20/2010 | CT | E&N |
| 2:10-cv-78949-ER | SAMUEL FYFE | 8/20/2010 | CT | E&N |
| 2:10-cv-78950-ER | GEORGE GAVITT | 8/20/2010 | CT | E&N |
| 2:10-cv-78951-ER | JAMES PONT | 8/20/2010 | CT | E&N |
| 2:10-cv-78952-ER | RAYMOND DUNKELBARGER | 8/20/2010 | CT | E&N |
| 2:10-cv-78953-ER | MANUEL ARRUDA | 8/20/2010 | CT | E&N |
| 2:10-cv-78954-ER | BRYAN MERFELD | 8/20/2010 | CT | E&N |
| 2:10-cv-78955-ER | JOHN SMITH | 8/20/2010 | CT | E&N |
| 2:10-cv-78956-ER | ELAINE MITCHELL | 8/20/2010 | CT | E&N |
| 2:10-cv-78957-ER | JOYCE JERVIS | 8/20/2010 | CT | E&N |
| 2:10-cv-78958-ER | CONNIE HOLCOMB | 8/20/2010 | CT | E&N |
| 2:10-cv-78959-ER | LORI HOLT | 8/20/2010 | CT | E&N |
| 2:10-cv-78960-ER | LEO CANNON | 8/20/2010 | CT | E,L,S&M |
| 2:09-cv-91852-ER | LOUISE WIGHT | 11/2/2009 | CT | E&N |
| 2:09-cv-91853-ER | DONALD SCHAFF | 11/2/2009 | CT | E&N |
| 2:09-cv-91502-ER | BEVERLY MURPHY | 10/22/2009 | CT | E&N |
| 2:09-cv-91503-ER | HERBERT BRIDGE | 10/22/2009 | CT | E&N |
| 2:09-cv-91504-ER | RALPH HALLQUIST | 10/22/2009 | CT | E&N |
| 2:09-cv-91505-ER | RICHARD BELANGER | 10/22/2009 | CT | E&N |
| 2:09-cv-91506-ER | PASQUALE CANTONE | 10/22/2009 | CT | E&N |
| 2:09-cv-91507-ER | CARL MITCHELL | 10/22/2009 | CT | E&N |
| 2:09-cv-91508-ER | RICHARD ARCHER | 10/22/2009 | CT | E&N |
| 2:09-cv-91509-ER | MICHAEL SMITH | 10/22/2009 | CT | E&N |
| 2:09-cv-91510-ER | MARTIN ALTBERGS | 10/22/2009 | CT | E&N |
| 2:09-cv-91511-ER | JOSEPH RIDDICK | 10/22/2009 | CT | E&N |
| 2:09-cv-91512-ER | THOAMS KOHLER | 10/22/2009 | CT | E&N |
| 2:09-cv-91513-ER | ALFRED DEMUTH | 10/22/2009 | CT | E&N |
| 2:09-cv-91514-ER | LOUIS CARDILLO | 10/22/2009 | CT | E&N |
| 2:09-cv-91515-ER | FRANK CLAY | 10/22/2009 | CT | E&N |
| 2:09-cv-91516-ER | STEPHEN KOKOSKY | 10/22/2009 | CT | E&N |
| 2:09-cv-91517-ER | RONALD RAYMOND | 10/22/2009 | CT | E&N |
| 2:09-cv-91518-ER | BERTRAND GARDINER | 10/22/2009 | CT | E&N |
| 2:09-cv-91452-ER | PAULINE SANBORN | 10/15/2009 | CT | E&N |
| 2:09-cv-90818-ER | RICHARD KOTECKI | 9/15/2009 | CT | E,L,S&M |
| 2:09-cv-92429-ER | ROBERT HESS | 12/1/2009 | CT | E,L,S&M |
| 2:09-cv-92430-ER | JAMES KEARNEY | 12/1/2009 | CT | E,L,S&M |
| 2:09-cv-92431-ER | EDITH SPOSATO | 12/1/2009 | CT | Pro Se |
| 2:09-cv-92230-ER | WILLIAM MANSFIELD | 11/12/2009 | CT | Pro Se |

| 2:09-cv-92231-ER | LOUISE WIGHT | 11/12/2009 | CT | E&N |
|---|---|---|---|---|
| 2:09-cv-74757-ER | JANICE HEGGIE-MARGOLIS | 7/14/2009 | CT | E, L, S&M |
| 2:09-cv-67101-ER | HERBERT BARNES | 5/7/2009 | CT | E, L, S&M |

**MAILED:**
BRIAN KENNEY

CARA CERASO

J. KMIEC
KATHARINE PERRY

**E-MAILED:**
BRYNA MISIURA
CARLO BONAVITA
CHARLES SHEEHAN
CHRISTOPHER LYNCH
CHRISTOPHER MEISENKOTH
COLEMAN DUNCAN
DAN LABELLE

GEOFFREY SQUITIERO
JAMES OSWALD
JENNIFER HATCH
JOHN GARDELLA
JOHN GEIDA
JOSHUA AUXIER
KATHLEEN KILLOY
KENDRA CHRISTENSE

LONNA CARTER
MARIANNE BROWN
MELISSA OLSON
MICHAEL SIMONS
NJOKI WILLIAMS
SARAH O'LEARY
STEPHEN EMBRY
THOMAS MAXWELL