IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

|  |  |  |
|---|---|---|
| ALLEN BARKER, | ) | |
| Plaintiff, | ) | EDPA File No. 2:10-CV-78944 |
| v. | ) | |
| GENERAL ELECTRIC CO., ET AL., | ) | USDC, DISTRICT OF CONN. |
|  | ) | Civil Action No. 3:09-CV-00216-AWT |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of Kathleen L. Killoy and Governo Law Firm LLC on behalf of Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., in the above case.

    Respectfully submitted,
Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.,
By its attorneys,

*/s/ Kathleen L. Killoy*
Kathleen L. Killoy, MA Bar No. 674662
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (716) 737-9046
kkilloy@governo.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of March, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                    */s/ Kathleen L. Killoy*
                    Kathleen L. Killoy